# CLERK'S MINUTES OF HEARING HONDO COURTROOM

HEARINGS BEFORE **DON J. SVET, U. S. Magistrate Judge**

KIND OF HEARING **INITIAL PRESENTMENT**

**DEFENDANTS:**

**JOHN PACHECO** CASE NO. **10-1655**

DATE: **June 11, 2010** Clerk: **C. Lopez**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**James Tierney** AUSA **Pro Se** Ret-CJA-AFPD

**Therese Gregory** PTS/PROB **None** Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

**FTR/HONDO**

9:58 am Court
10:00 am end

**(2 mins)**

**HEARING RESULTS/FINDINGS:**

**X** Defendant sworn

**X** Defendant advised of rights.

**X** Defendant wants court appointed attorney

**X** Government moves to detain.

**X** Defendant(s) remanded to custody

☐ Conditions of Release set at:

**X** Other: **FIRST APPEARANCE; Detention/arraignment set for 6-14-2010 @ 9:30 am.**